| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1<br>**WILSON ELSER MOSKOWITZ**<br>**EDELMAN & DICKER LLP**<br>**Timothy R. Wheeler, Esq.**<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>973.624.0800 (Main)<br>973.624.0808 (Fax)<br>timothy.wheeler@wilsonelser.com<br><br>*Attorneys for Creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company* | |
| In re:<br><br>**EZ MAILING SERVICES, INC.,**<br><br>Alleged Debtor. | **Case No. 19-17900 (SLM)**<br><br>**Involuntary Chapter 11** |
| In re:<br><br>**UNITED BUSINESS FREIGHT FORWARDERS, LLC,**<br><br>Alleged Debtor. | **Case No. 19-17906 (SLM)**<br><br>**Involuntary Chapter 11** |

### APPLICATION OF MARK G. LEDWIN
### FOR ADMISSION *PRO HAC VICE*

Pursuant to D.N.J. LBR 9010-1(b), creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company (collectively, "The Hartford"), by and through undersigned counsel, respectfully move this Court for entry of an Order granting Mark G. Ledwin permission to appear *pro hac vice* as co-counsel on behalf of The Hartford in the above captioned bankruptcy cases and all maters arising therein or related thereto.

Annexed hereto as **Exhibit A** is a Declaration by Attorney Ledwin which conforms with D.N.J. LBR 9010-1(b).

1

7636341v.1

WHEREFORE, The Hartford respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: May 2, 2019

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
/s/ *Timothy R. Wheeler*
Timothy R. Wheeler
200 Campus Drive
Florham Park, NJ 07932-0668
973.624.0800 (Main)
973.624.0808 (Fax)
timothy.wheeler@wilsonelser.com

*Attorneys for Hartford Fire Insurance Company and Hartford Casualty Insurance Company Oldcastle Defendants*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>**Timothy R. Wheeler, Esq.**<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>973.624.0800 (Main)<br>973.624.0808 (Fax)<br>timothy.wheeler@wilsonelser.com<br><br>*Attorneys for Hartford Fire Insurance Company and Hartford Casualty Insurance Company* | |
| **In re:**<br><br>**EZ MAILING SERVICES, INC.,**<br><br>Alleged Debtor. | **Case No. 19-17900 (SLM)**<br><br>**Involuntary Chapter 11** |
| **In re:**<br><br>**UNITED BUSINESS FREIGHT FORWARDERS, LLC,**<br><br>Alleged Debtor. | **Case No. 19-17906 (SLM)**<br><br>**Involuntary Chapter 11** |

### DECLARATION OF MARK G. LEDWIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

MARK G. LEDWIN, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I respectfully submit this Application pursuant to D.N.J. LBR 9010-1(b) for admission *pro hac vice* so as to appear as co-counsel on behalf of creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company (collectively, "The Hartford"), in the above captioned bankruptcy cases and all maters arising therein or related thereto.

3

7636341v.1

2. I am a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York, 10604. My telephone number is (914) 872-7148, my facsimile number is (914) 323-7001, and my email address is Mark.Ledwin@wilsonelser.com.

3. I was admitted to the bar of the State of New York in 1990 (bar registration no. 2320166), and since 1992 I am also admitted to practice before the U.S. Court of Appeals for the Second Circuit, and the U.S. District Courts for the Southern, Eastern, Western and Northern Districts of New York.

4. I am currently in good standing in all of the foregoing courts.

5. I have no pending disciplinary complaints or proceedings filed against me, and I have never been subject to any disciplinary proceedings by any court.

6. I have fully reviewed and familiarized myself with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

7. I hereby submit to the disciplinary jurisdiction of this District and agree to be bound by the Rules of Professional Conduct of this District.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: May 2, 2019

_____
Mark G. Ledwin

7636341v.1