| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1<br>**WILSON ELSER MOSKOWITZ**<br>**EDELMAN & DICKER LLP**<br>**Timothy R. Wheeler, Esq.**<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>973.624.0800 (Main)<br>973.624.0808 (Fax)<br>timothy.wheeler@wilsonelser.com<br><br>*Attorneys for Creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company* |

| | |
|---|---|
| **In re:**<br><br>**EZ MAILING SERVICES, INC.,**<br><br>        **Alleged Debtor.** | **Case No. 19-17900 (SLM)**<br><br>**Involuntary Chapter 11** |
| **In re:**<br><br>**UNITED BUSINESS FREIGHT FORWARDERS, LLC,**<br><br>        **Alleged Debtor.** | **Case No. 19-17906 (SLM)**<br><br>**Involuntary Chapter 11** |

**APPLICATION OF MARK G. LEDWIN**
**FOR ADMISSION *PRO HAC VICE***
**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that simultaneous with the filing of the within Application and supporting documents, a copy of same was served electronically upon all attorneys of record via ECF.

Dated: May 3, 2019

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
<u>/s/ *Timothy R. Wheeler*      </u>
Timothy R. Wheeler
200 Campus Drive
Florham Park, NJ 07932-0668
973.624.0800 (Main)
973.624.0808 (Fax)

1

2735661v.1

[timothy.wheeler@wilsonelser.com](mailto:timothy.wheeler@wilsonelser.com)
*Attorneys for Hartford Fire Insurance Company and Hartford Casualty Insurance Company*

2735661v.1