|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |  |
| Caption in Compliance with D.N.J. LBR 9004-1 <br> **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** <br> **Timothy R. Wheeler, Esq.** <br> 200 Campus Drive <br> Florham Park, NJ 07932-0668 <br> 973.624.0800 (Main) <br> 973.624.0808 (Fax) <br> timothy.wheeler@wilsonelser.com <br><br> *Attorneys for Creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company* | Hearing Date: TBD <br> Objection Deadline: TBD |
| **In re:** <br><br> **EZ MAILING SERVICES, INC.,** <br><br>              **Alleged Debtor.** | **Case No. 19-17900 (SLM)** <br><br> **Involuntary Chapter 11** |
| **In re:** <br><br> **UNITED BUSINESS FREIGHT FORWARDERS, LLC,** <br><br>              **Alleged Debtor.** | **Case No. 19-17906 (SLM)** <br><br> **Involuntary Chapter 11** |

## CERTIFICATION OF SERVICE

1. I, Timothy R. Wheeler, represent Creditors Hartford Fire Insurance Company and Hartford Casualty Insurance Company, in this matter.

2. On May 2, 2019, I sent a copy of the following pleadings and/or documents to the parties in the chart: **Application of Mark G. Ledwin for Admission Pro Hac Vice.**

3. On May 3, 2019, I sent a copy of the following pleadings and/or documents to the parties in the chart: **Proposed form of Order Granting Application of Mark G. Ledwin for Admission Pro Hac Vice.**

4. I certify under penalty of perjury that the above documents were sent using he mode of service indicated.

1

2741880v.2

Dated: May 13, 2019

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ *Timothy R. Wheeler*
Timothy R. Wheeler
200 Campus Drive
Florham Park, NJ 07932-0668
973.624.0800 (Main)
973.624.0808 (Fax)
timothy.wheeler@wilsonelser.com

-and-

Mark G. Ledwin, Esq.
(Admission Pro Hac Vice pending)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604
Tel.:    (914) 872-7148
Fax:    (914) 323-7001
mark.ledwin@wilsonelser.com

*Attorneys for Creditors Hartford Fire Insurance
Company and Hartford Casualty Insurance Company*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth L. Baum<br>Law Offices of Kenneth L. Baum LLC<br>167 Main Street<br>Hackensack, NJ 07601<br><br>kbaum@kenbaumdebtsolutions.com | Counsel for Alleged Debtors EZ Mailing Services, Inc., and United Business Freight Forwarders Limited Liability Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Scott H. Bernstein<br>Stradley Ronon Stevens & Young LLP<br>100 Park Avenue<br>Ste 2000<br>New York, NY 10017<br><br>sbernstein@stradley.com | Counsel for Petitioning Creditors Azadian Group, LLC, Christopher Carey, and Change Capital Holdings I, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Paul Hollander, Esq.<br>Okin Hollander, LLC<br>Glenpointe Centre West, 2nd Floor<br>500 Frank W. Burr Blvd., Ste 40<br>Teaneck, NJ 07666<br><br>phollander@okinhollander.com | Counsel for Creditor North Mill Capital, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eboney Cobb c/o<br>Perdue, Brandon, Fielder, Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010<br><br>ecobb@pbfcm.com | Counsel for Interested Party Arlington, ISD | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |