|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Mitchell B. Hausman, Esq. (MH 1464)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Mitchell B. Hausman@usdoj.gov | <br><br>**Order Filed on July 10, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>EZ Mailing Services, Inc.,<br><br>Debtor | Chapter 11<br><br>Case No. 19-17900 (SLM)<br><br>Hearing Date:<br><br>Judge: Stacey L. Meisel |
| In Re:<br><br>United Business Freight Forwarders, LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 19-17906 (SLM)<br><br>Judge: Stacey L. Meisel |

### ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and (3) is hereby **ORDERED**.

......

**DATED: July 10, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

E Z Mailing Services, Inc., Case No.:  19-17900 (SLM)

United Business Freight Forwarders, Case No.:  19-17906 (SLM)

**Order Converting Case to Chapter**

___

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting the Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtors, Debtors' Counsel, The Hartford and parties in interest, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the chapter 11 cases of E Z Mailing Services, Inc., Case No.:  19-17900 (SLM) and United Business Freight Forwarders, Case No.:  19-17906 (SLM), are CONVERTED from chapter 11 to chapter 7, and it is further;

**ORDERED** that within 14 days of the date of this Order the Debtors shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,
- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**(Page 3)**

E Z Mailing Services, Inc., Case No.: 19-17900 (SLM)

United Business Freight Forwarders, Case No.: 19-17906 (SLM)

**Order Converting Case to Chapter**

---

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and further;

**ORDERED** that the debtors or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.